UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    United States of America,              :

                       -v-                     :    **SCHEDULING ORDER**

    Vitaly Nilov,                       :

                                         :    20 Cr. 193 (AKH)

                    Defendants.   :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The parties are hereby ordered to appear for a telephonic change of plea hearing on September 22, 2020, at 10:00 a.m., which conference will be held via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        SO ORDERED.

Dated:    New York, New York
             September 21, 2020

                                                   ALVIN K. HELLERSTEIN, U.S.D.J.