**GEORGE A. FARKAS**
ATTORNEY AND COUNSELLOR AT LAW

*32 Court Street, Suite 408 – Brooklyn, N.Y. 11201*
718. 625-2500
FAX:   718. 625-6837
Email:   gafarkas1@gmail.com

February 7, 2022

<u>*VIA ECF*</u>

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Nilov
      20 CR 193

*So ordered*
*2-8-2022*
[signature]

Your Honor:

On February 19, 2021, Your Honor sentenced Mr. Nilov to "Time Served" and 10 months of Supervised Release. Mr. Nilov has completed his sentence successfully and has not incurred any violations.

Our client requested return of his 2 passports from his Probation Officer. He was informed that as per Pre-Trial Officer Andrew Abbott, a Court Order to that effect is required.

I was able to contact Mr. Abbot, who confirmed this requirement and he has informed me that Pre-Trial has no objection to the release and the passports are ready to be picked up upon receipt of an Order from the Court. I have also left a telephone message for AUSA Lockard and am copying him herein.

We therefore move for such Order directing Pre-Trial Services to return Mr. Nilov's passports to him and respectfully request that the Court grant the motion by endorsing this request.

Respectfully submitted

[signature]

GEORGE A. FARKAS, ESQ.

GAF:bg

Cc:   AUSA Michael D. Lockard via email:Michael_lockard@usdoj.gov
      Pre_Trial Officer Andrew Abbott via email: Andrew_abbott@nyspt.uscourts.gov